IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA (INDIANAPOLIS)

| | | |
|---|---|---|
| **COURTNEAY A. DELLAVALLE-JONES,** | : | |
| Plaintiff, | : | Case No.: 1:20-cv-00288-SEB-MJD |
| v. | : | |
| **XEROX CORPORATION and LYNNE MALONE, Individually and in her Official Capacity.** | : | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| Defendant. | : | |

The Defendants, Xerox Corporation and Lynne Malone, move that Jessica M. Thomas-Albert be permitted to withdraw as counsel of record in this case, based on the following:

1. Ms. Thomas-Albert is no longer associated with The Kullman Firm, effective November 19, 2021.

2. In connection with Ms. Thomas-Albert's departure from The Kullman Firm, Defendants ask that she be permitted to withdraw as one of the attorneys of record.

WHEREFORE, the Defendants pray that Jessica M. Thomas-Albert be permitted to withdraw from this case, with Defendants continuing to be represented by The Kullman Firm.

Respectfully submitted on this the 9th day of December, 2021.

> _/s/Nicole S. Adler_
> NICOLE S. ADLER
> The Kullman Firm
> 1100 Poydras Street, Suite 1600
> New Orleans, LA 70163-1600
> Telephone: (504) 524-4162
> Facsimile: (504) 596-4114
> Email: NSA@kullmanlaw.com

1

                        **COUNSEL FOR DEFENDANTS,**
                        **XEROX CORPORATION AND LYNNE**
                        **MALONE**

### **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2021, I electronically filed a copy of the above and foregoing pleading with the Court, which automatically served a copy via CM/ECF as follows:

                        */s/ Nicole Seale Adler*